UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BMO HARRIS BANK, N.A., | * |
| | * |
| Plaintiff, | * |
| | * Civil Action No. 18-30001-MGM |
| v. | * |
| | * |
| SUPERMAZ LOGISTIC SERVICE, LLC, | * |
| And SERGEY AGIBALOV, | * |
| | * |
| Defendants. | * |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS
SUPERMAZ LOGISTIC SERVICES, LLC and SERGEY AGIBALOV

(Dkt. Nos. 11 and 18)

June 19, 2019

MASTROIANNI, U.S.D.J.

Defendants, Supermaz Logistic Service, LLC and Sergey Agibalov (collectively "Defendants") borrowed funds from Plaintiff, BMO Harris Bank, N.A. ("BMO") to finance the purchase of fourteen commercial trucks. BMO seeks a default judgment against Defendants following Defendants' failure to make payments on nine similarly worded Loan and Security Agreements. The clerk entered a default against Defendants on June 14, 2018. On July 12, 2018 the case was transferred to this court and on September 5, 2018, Plaintiff filed a Motion for Default Judgment. The motion was referred to Magistrate Judge Katherine A. Robertson. She ordered Plaintiff to identify the total due on Security Agreement 2 by May 24, 2019 and, after receiving a supplemental submission, she issued her Report and Recommendation on May 31, 2019. Magistrate Judge Robertson has recommended the court grant the Motion for Default Judgment and enter

judgment against Defendants in the amount of $662,977.40. Objections to the Report and Recommendation were due on June 14, 2019. No objections were filed.

The court has reviewed the Report and Recommendation, as well as Plaintiff's original motion. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's Report and Recommendation (Dkt. No. 18).

The court, therefore, ALLOWS Plaintiff's Motion for Default Judgment (Dkt. No. 11). The Clerk is ordered to enter a judgment for Plaintiff in the amount of $662,977.40. This case may now be closed.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge